MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
BRIAN WOODIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIAN WOODIN,<br><br>　　　　Defendant. | Case No.: 2:09-cr-0044 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　Defendant BRIAN WOODIN, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Laurel White, hereby stipulate and agree to continue the status conference in the above-captioned case from Friday, February 27, 2009 at 10:00 a.m. to Friday, March 13, 2009 at 10:00 a.m. and that the period from February 27, 2009 to March 13, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

　　　　The continuance is requested to allow the government and the defense to complete it's investigation and engage in settlement negotiations.   There are pending charges in Placer County which all sides are attempting to roll into a global settlement package.  The Attorney for Placer County is unavailable until March 6, 2009.  As a result, the parties will be unable to resolve the matter prior to March 13, 2009.

Dated: February 23, 2009　　　　　　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　　　　　　　　By: ____/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Brian Woodin

| | | |
|---|---|---|
| 1 | Dated: February 23, 2009 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | By:   /s/ Laurel White<br>        Laurel White |
| 4 | | Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for February 27, 2009 at 10:00 a.m. is continued to March 13, 2009 at 10:00 a.m. and that the period from February 27, 2009 to March 13, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: February 23, 2009          /s/ Edward J. Garcia
                                  Edward J. Garcia
                                  District Judge
                                  United States District Court

2