```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2780
 5
 6
 7
```


**FILED**
MAY 1 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

```
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  2:09-CR-00044-EJG
                                 )
12            Plaintiff,         )  PRELIMINARY ORDER OF
                                 )  FORFEITURE
13       v.                      )
                                 )
14  BRIAN RAYMOND WOODIN,        )
                                 )
15            Defendant.         )
                                 )
16  _____ )
17       Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Brian Raymond Woodin it is
19  hereby
20       ORDERED, ADJUDGED AND DECREED as follows:
21       1.   Pursuant to 18 U.S.C. § 2253, defendant Brian Raymond
22  Woodin's interest in the following property shall be condemned
23  and forfeited to the United States of America, to be disposed of
24  according to law:
25            a)   Webcam, Model XC18A w/plug-in;
26            b)   CD-R w/ "Young 12";
27            c)   Sony Cybershot w/flash card;
28            d)   I-Pod, SN 2Z8084EXYMV;
```

|   |   |   |
|---|---|---|
| 1 | e) | Fuji Film digital camera w/memory card; |
| 2 | f) | Sony handy cam with accessories, SN 410967; |
| 3 | g) | Bushnell binoculars with built in camera; |
| 4 | h) | HP Pavillion 700 CPR, SN CNX751033F; and |
| 5 | i) | HP Pavillion SN MX22100742 with hard drive. |

2. The above-listed property constitutes property that contains visual depictions produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2251(b), 2252(a)(1), and 2252(a)(4)(b); and is property that was used or intended to be used to commit and to promote the commission of the aforementioned violations.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than

1 | the defendant, asserting a legal interest in the above-listed
2 | property, must file a petition with the Court within sixty (60)
3 | days from the first day of publication of the Notice of
4 | Forfeiture posted on the official government forfeiture site, or
5 | within thirty (30) days from receipt of direct written notice,
6 | whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

    SO ORDERED this **13th** day of **May**, 2009.

_____
EDWARD J. GARCIA
United States District Judge