

**FILED**

MAY 2 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

> **RE:** **Brian Raymond WOODIN**
> **Docket Number: 2:08CR00044-01**
> **CONTINUANCE OF JUDGMENT**
> **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 26, 2009 to August 21, 2009 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** complexity of the case and unavailability of the parties.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**THOMAS H. BROWN**
**Senior United States Probation Officer**

**REVIEWED BY:** _____

**KAREN A. MEUSLING**
**Supervising United States Probation Officer**

Dated: May 13, 2009
Sacramento, California
THB:thb

Attachment

1

**RE:** **Brian Raymond WOODIN**
**Docket Number: 2:09CR00044-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
United States Attorney's Office
Michael L. Chastaine, Esq.
United States Marshal's Office
Probation Office Calendar clerk

✓ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

5/14/09

**Date**

___ **Disapproved**

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**Docket Number:   2:08CR00044-01**

**Plaintiff,**

vs.

**Brian Raymond WOODIN**

**Defendant.**

_____/

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/21/2009 at 10 a.m. |
| Reply, or Statement of Non-Opposition | 08/14/2009 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/07/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/31/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/24/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/10/2009 |

Rev. 08/2007
CONTINUANCE – TO JUDGE (EJG).MRG