LAWRENCE G. BROWN
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2780

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00044-EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN RAYMOND WOODIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on May 14, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Brian Raymond Woodin forfeiting to the United States the following property:

   a)   Webcam, Model XC18A w/plug-in;

   b)   CD-R w/ "Young 12";

   c)   Sony Cybershot w/flash card;

   d)   I-Pod, SN 2Z8084EXYMV;

   e)   Fuji Film digital camera w/memory card;

   f)   Sony handy cam with accessories, SN 410967;

   g)   Bushnell binoculars with built in camera;

1           h)    HP Pavillion 700 CPR, SN CNX751033F; and

2           i)    HP Pavillion SN MX22100742 with hard drive.

3      AND WHEREAS, beginning on May 16, 2009, for at least 30
4 consecutive days, the United States published notice of the
5 Court's Order of Forfeiture on the official internet government
6 forfeiture site www.forfeiture.gov.  Said published notice
7 advised all third parties of their right to petition the court
8 within sixty (60) days from the first day of publication of the
9 notice for a hearing to adjudicate the validity of their alleged
10 legal interest in the forfeited property;

11     AND WHEREAS, the Court has been advised that no third party
12 has filed a claim to the subject property, and the time for any
13 person or entity to file a claim has expired.

14     Accordingly, it is hereby ORDERED and ADJUDGED:

15     1.  A Final Order of Forfeiture shall be entered forfeiting
16 to the United States of America all right, title, and interest in
17 the above-listed property pursuant to 18 U.S.C. § 2253, to be
18 disposed of according to law, including all right, title, and
19 interest of Brian Raymond Woodin.

20     2.  All right, title, and interest in the above-listed
21 property shall vest solely in the United States of America.

22     3.  The United States Marshals Service shall maintain
23 custody of and control over the subject property until it is
24 disposed of according to law.

25     SO ORDERED this 8thday of September, 2009.

                                   /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Judge