McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00044-WBS |
|---|---|
| Plaintiff, | MOTION TO ASSIGN RESTITUTION |
| v. | |
| BRIAN RAYMOND WOODIN, | COURT: Hon. William B. Shubb |
| Defendant. | |

The United States of America, by counsel, respectfully requests that the Court order the Clerk of the United States District Court to substitute victim J.S. as the recipient of any restitution payments made by the Defendant in this case which were previously ordered to Kristy Woodin as guardian of J.S., for the reasons set forth below:

1. The Defendant, Brian Raymond Woodin, was convicted in the above-captioned case of Production, Transporting, and Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct. ECF No. 25. Defendant Woodin's Judgment ordered him to pay monetary penalties in the total amount of $152,902.00, which included an order of restitution of $150,000.00 to his then-minor victim, J.S. In the Judgment, the victim payee is identified as Kristy Woodin, who was the guardian of J.S. at the time the Judgment was entered.

2. On or about May 20, 2019, the undersigned was notified through the Victim Witness Unit of the United States Attorney's Office that J.S. has requested that payments be directed to her rather than

to Kristy Woodin as her guardian. The undersigned has confirmed that J.S. turned 18 years old on July 5, 2017, and is no longer a minor. Accordingly, any restitution payments received in this case should be sent directly to J.S. rather than to her guardian. The undersigned has confirmed the birthdate of J.S. with the Victim-Witness Coordinator for the U.S. Attorney's Office.

3. Based on the foregoing, the United States has no objection to the Court ordering that restitution payments previously ordered to Kristy Woodin be directed to J.S. The United States is serving Kristy Woodin, the Defendant, and J.S. with a copy of the foregoing Motion.

4. Because J.S. was a minor victim in this case who has now reached the age of majority, and in the interest of her privacy and safety, the United States will provide J.S.'s name and address to the Clerk's Office upon entry of the proposed order.

WHEREFORE, the United States respectfully requests that the Court enter an Order directing the Clerk of the United States District Court, Eastern District of California, to ensure that restitution payments made by the Defendant in this case which were previously ordered to Kristy Woodin be directed to J.S.

The United States further requests that the Court direct the Clerk to continue to apply the payments to the outstanding balance of Defendant's financial obligations under the Judgment entered in this cause.

Dated: June 11, 2019                    McGREGOR W. SCOTT
                                        United States Attorney

                                        By: /s/ MIRA CHERNICK
                                            MIRA CHERNICK
                                            Assistant United States Attorney

MOTION TO ASSIGN RESTITUTION                    2

**ORDER**

This matter is before the Court on the motion of the United States of America requesting that the Clerk of the Court be directed to substitute victim J.S. as the recipient of any restitution payments made by the Defendant in this case which were previously ordered to Kristy Woodin.

Whereupon there being no opposition to the motion and the Court, having considered the motion of the United States and being duly advised in the premises now finds that the motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court, Eastern District of California, shall ensure that all payments made by the Defendant in this case which were previously ordered to Kristy Woodin be directed to J.S. Because J.S. was a minor victim in this case who has now reached the age of majority, and in the interest of her privacy and safety, the United States will provide J.S.'s name and address to the Clerk's Office upon entry of this order.

IT IS FURTHER ORDERED that payments shall continue to be applied to the outstanding balance of Defendant's financial obligations under the Judgment and Restitution Order entered in this cause.

IT IS FURTHER ORDERED that this Order in no way impairs or alters the Defendant's obligation to make payments under the Judgment and Restitution Order entered in this case.

IT IS SO ORDERED.

Dated: September 10, 2019

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE